ACCEPTED
01-14-00862-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/15/2015 12:25:38 PM
CHRISTOPHER PRINE
CLERK

01-14-00862-CR

In the Court of Appeals for the First District of Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/15/2015 12:25:38 PM
CHRISTOPHER A. PRINE
Clerk

Andre Demont Thompson,
*Appellant*

v.

The State of Texas,
*Appellee*

## Appearance of New Lead Counsel and Motion to Strike *Anders* Brief and Set New Briefing Schedule

Franklin Bynum appears, under Rule 6.1, as lead counsel in this case, after the previous appointed attorney has filed his motion to withdraw.

Andre Demont Thompson moves to strike appointed counsel's *Anders* brief and moves, under 10.1 and 10.5(b) of the Texas Rules of Appellate Procedure, set a new briefing schedule for a brief on the merits.

This is an appeal of a jury trial for murder. Appointed counsel filed a 49-page *Anders* brief on April 14, 2015. In response, Mr. Thompson's family hired counsel to independently review the case and file a brief on the merits. Having just been hired, counsel asks the Court to strike the *Anders* brief and set a new briefing schedule.

The Rules of Appellate Procedure do not provide a procedure for this situation, and a search of unpublished authority in courts of appeals statewide provides little guidance; counsel moves the Court to act under its authority under Rule 2 to set a new briefing schedule. Counsel will work expeditiously to complete the brief without any further extensions of time, given the age of the case.

Appellant prays that the Court grant the motion, strike the *Anders* brief, and set the due date for Appellant's brief on the merits for June 13, 2015.

### Certificate of Compliance

The word-processing software used to write this motion reports its length as 279 words.

### Certificate of Service

I provided this document to the State by electronic service to curry_alan@dao.hctx.net simultaneously with electronic filing.

Respectfully,

_____

Franklin Bynum
Texas Bar Number 24069451
fgb@lawfgb.com

Bynum Law Office PLLC
2814 Hamilton Street
Houston, Texas 77004
(713) 343-8844